AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| WSOU Investments LLC d/b/a Brazos Licensing and Development | ) | |
| *Plaintiff* | ) | Case Nos. 6:20-cv-01163-ADA, 6:20-cv-01164-ADA, 6:20-cv-01165-ADA, 6:20-cv-01166-ADA, 6:20-cv-01167-ADA, 6:20-cv-01168-ADA, 6:20-cv-01169-ADA, 6:20-cv-01170-ADA, 6:20-cv-01171-ADA, 6:20-cv-01172-ADA |
| v. | ) | |
| Salesforce.com, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WSOU Investments LLC d/b/a Brazos Licensing and Development.

Date: 03/02/2022

/s/ Jonathan K. Waldrop
*Attorney's signature*

Jonathan K. Waldrop (CA Bar No. 297903)
*Printed name and bar number*

Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
*Address*

jwaldrop@kasowitz.com
*E-mail address*

(650) 453-5170
*Telephone number*

(650) 453-5171
*FAX number*