IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SALESFORCE.COM, INC.,**<br><br>*Defendant.* | Civil Action No. 6:20-cv-01163-ADA-DTG<br>Civil Action No. 6:20-cv-01164-ADA-DTG<br>Civil Action No. 6:20-cv-01165-ADA-DTG<br>Civil Action No. 6:20-cv-01166-ADA-DTG<br>Civil Action No. 6:20-cv-01167-ADA-DTG<br>Civil Action No. 6:20-cv-01168-ADA-DTG<br>Civil Action No. 6:20-cv-01169-ADA-DTG<br>Civil Action No. 6:20-cv-01170-ADA-DTG<br>Civil Action No. 6:20-cv-01171-ADA-DTG<br>Civil Action No. 6:20-cv-01172-ADA-DTG |

## ORDER REGARDING DISCOVERY DISPUTES

This Court, having considered disputes raised by Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's ("Plaintiff") during the June 24, 2022, Discovery Hearing, hereby ORDERS the following:

1. Plaintiff's request to compel Defendant salesforce.com, Inc. ("Defendant") to substantially complete document productions and supplement its interrogatories by July 8, 2022 is DENIED WITHOUT PREJUDICE as premature. If a party does not have the discovery required to conduct depositions one month before the close of fact discovery, the party can raise it with the Court; and

2. Plaintiff's request to compel Defendant to produce documents for reasonably similar products by July 8 is DENIED WITHOUT PREJUDICE as premature. For the reasonably similar products that Plaintiff specifically identified in its May 27 letter, the Court orders the parties to put in a table format these products and the parties' positions and to meet and confer on whether the parties believe that all, part, or some aspect of these products are reasonably similar and each of their positions by July 8.

Signed this 1st day of July, 2022.

                                                          HON. DEREK T. GILLILAND
                                                          UNITED STATES MAGISTRATE JUDGE