# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SALESFORCE.COM, INC.,**<br><br>*Defendant.* | **Civil Action No. 6:20-cv-01164-ADA-DTG**<br>**Civil Action No. 6:20-cv-01165-ADA-DTG**<br>**Civil Action No. 6:20-cv-01166-ADA-DTG**<br>**Civil Action No. 6:20-cv-01167-ADA-DTG**<br>**Civil Action No. 6:20-cv-01168-ADA-DTG**<br>**Civil Action No. 6:20-cv-01170-ADA-DTG**<br>**Civil Action No. 6:20-cv-01171-ADA-DTG**<br>**Civil Action No. 6:20-cv-01172-ADA-DTG** |

## STIPULATION AND ORDER REGARDING CONTENTION AMENDMENTS

Plaintiff WSOU Investments, LLC d/b/a/ Brazos Licensing and Development ("Plaintiff") and Defendant Salesforce.com, Inc. ("Defendant") in the above-captioned action, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Motion to Amend Its Final Infringement Contentions for U.S. Patent No. 9,277,060 on January 12, 2023 (Case No. 6:20-cv-01171, Dkt. 144);

WHEREAS, Defendant filed Motions to Amend Its Final Invalidity Contentions For U.S. Patent Nos. 8,280,928, 8,335,819, and 8,369,827 on January 12, 2023 (Case Nos. 6:20-cv-01165, Dkt. 149; 6:20-cv-01166, Dkt. 147; and 6:20-cv-01167, Dkt. 156, respectively);

WHEREAS, Plaintiff and Defendant have conferred and have agreed to not dispute each other's amendments of contentions and have agreed to not oppose these motions;

THEREFORE, Plaintiff and Defendant request the Court grant the pending motions for leave to amend contentions identified above.

DATED: February 15, 2023            Respectfully submitted,

/s/ *Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
Chen Jia (CA Bar No. 281470)
(Admitted in this District)
cjia@kasowitz.com
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Hershy Stern (NY Bar No. 4631024)
(Admitted pro hac vice)
hstern@kasowitz.com
Joshua A. Whitehill (NY Bar No. 4766473)
(Admitted pro hac vice)
jwhitehill@kasowitz.com
Julie R. Fischer (NY Bar No. 1729714)

(Admitted pro hac vice)
jfischer@kasowitz.com
Jessica C. Sutliff (NY Bar No. 2772150)
(Admitted in this District)
jsutliff@kasowitz.com
Julianne Laporte (NY Bar No. 5547906)
(Admitted pro hac vice)
jlaporte@kasowitz.com
Ryan A. Madden (NY Bar No. 5706080)
(Admitted pro hac vice)
rmadden@kasowitz.com
Noah P. Dorman (DC Bar No. 1779821)
(Admitted pro hac vice)
ndorman@kasowitz.com
Lea Dartevelle Erhel (NY Bar No. 5172101)
(Admitted pro hac vice)
ldartevelle@kasowitz.com
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
STECKLER WAYNE CHERRY &
LOVE PLLC
8416 Old McGregor Rd.
Waco, Texas 76712
Telephone: (254) 651-3690

Gregory Phillip Love
(TX Bar No. 24013060)
greg@swclaw.com
STECKLER WAYNE CHERRY &
LOVE PLLC
107 East Main Street
Henderson, TX 75652
Telephone: (903) 212-4444
Facsimile: (903) 392-2267

*Counsel for Plaintiff WSOU Investments, LLC*

DATED: February 15, 2023            Respectfully submitted,

                                    */s/ Scott L. Cole*

>Scott L. Cole
>scottcole@quinnemanuel.com
>Quinn Emanuel Urquhart & Sullivan, LLP
>201 West 5th Street
>11th Floor
>Austin, TX 78701
>Telephone: (737) 667-6104
>
>Kevin P.B. Johnson
>kevinjohnson@quinnemanuel.com
>Todd Briggs
>toddbriggs@quinnemanuel.com
>Ray R. Zado
>rayzado@quinnemanuel.com
>Quinn Emanuel Urquhart & Sullivan, LLP
>555 Twin Dolphin Drive, 5th Floor
>Redwood Shores, CA 94065
>Telephone: (650) 801-5000
>Facsimile: (650) 801-5100
>
>Sam Stake
>samstake@quinnemanuel.com
>Quinn Emanuel Urquhart & Sullivan, LLP
>50 California Street, Floor 22,
>San Francisco CA 94111
>Telephone: (415) 875-6600
>Facsimile: (415) 875-6700
>
>*Attorneys for Defendant Salesforce, Inc.*

**SO ORDERED:**

_____

HON. DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE